Mathew K. Higbee, Esq., (UT Bar No. 11133)
HIGBEE & ASSOCIATES
3110 W. Cheyenne Ave #200
North Las Vegas, NV 89032
Telephone: (714) 617-8349
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law
*Attorney for Plaintiff, Tamara Williams.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>TWIST ME PRETTY, LLC a Utah limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendant(s). | Case No.: 1:24-cv-00053-DBB<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

REQUEST FOR ENTRY OF DEFAULT

## REQUEST FOR ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a) and L.R. DUCivR 55-1(b), Plaintiff Tamara Wareka p/k/a Tamara Williams ("Plaintiff") hereby requests that the Clerk of the above-titled Court enter default in this action against Defendant Twist Me Pretty LLC ("Defendant"), on the grounds that Defendant has failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Defendant's registered agent was served with the Summons and Complaint on April 11, 2024 pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Proof of Service was filed with the Court on April 12, 2024. *See* Docket #8.

The above-stated facts are set forth in the attached Declaration of Mathew K. Higbee, filed herein.

Dated: June 12, 2024                      Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
HIGBEE & ASSOCIATES
3110 W. Cheyenne Ave #200
North Las Vegas, NV 89032
Telephone: (714) 617-8349
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law

# CERTIFICATE OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 3110 W. Cheyenne Ave #200 North Las Vegas, NV 89032.

On June 12, 2024, I caused to be served the foregoing **Request for Entry of Default, Declaration of Mathew K. Higbee, and Proposed Entry of Default** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Twist Me Pretty LLC
c/o John Kane
632 N. Main Street,
 Logan, Utah 84321

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system.
Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 12, 24, at Bourne, Texas.

*/s/ Mathew K. Higbee*
Mathew K. Higbee, Esq.
*Counsel for Plaintiff*