UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>TWIST ME PRETTY, LLC a Utah limited liability company; and DOES 1 through 10, inclusive,<br><br>     Defendant(s). | Case No.: 1:24-cv-00053-DBB<br><br>**CERTIFICATE OF DEFAULT FOR TWIST ME PRETTY LLC** |

  According to the official Court file in the above-captioned action, the Complaint of Plaintiff Tamara Wareka p/k/a Tamara Williams ("Plaintiff") was filed on March 29, 2024, against Defendant Twist Me Pretty LLC ("Defendant") Civil Action 1:24-cv-00053-DBB.

  Service of the Summons and Complaint was made upon Defendant on April 11, 2024. (ECF Docket #8). The executed proof of service of the Summons and Complaint upon Defendant was filed with the Court on April 12, 2024. *Ibid.*

  As of the date of this entry, no answer has been filed with the Clerk on behalf of Defendant, Defendant has not made a formal appearance, nor has Defendant otherwise defended herein.

  WHEREFORE, the default of Defendant Twist Me Pretty LLC is hereby entered on this 1st day of July 2024.

              CLERK OF COURT

              By: _____