Mathew K. Higbee, Esq.
UT State Bar No. 11133
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Suite 200,
Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

*Attorney for Plaintiff,*
TAMARA WAREKA p/k/a TAMARA WILLIAMS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>TWIST ME PRETTY, LLC a Utah limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendant | Case No.: 1:24-cv-00053-DBB<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in principle in the above-referenced case. The parties are currently finalizing a settlement agreement and Plaintiff requests that the parties be given 45 days in which to finalize the agreement and perform their obligations, at which time Plaintiff will file a dismissal.

Dated: September 10, 2024                                 Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
UT State Bar No. 11133
**HIGBEE & ASSOCIATES**

1
**NOTICE OF SETTLEMENT**

3110 W Cheyenne Ave Suite 200,
Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

**NOTICE OF SETTLEMENT**