Mathew K. Higbee, Esq., (UT Bar No. 11133)
HIGBEE & ASSOCIATES
3110 W. Cheyenne Ave #200
North Las Vegas, NV 89032
Telephone: (714) 617-8349
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law
*Attorney for Plaintiff, Tamara Williams.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS, | Case No.: 1:24-cv-00053-DBB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| TWIST ME PRETTY, LLC a Utah limited liability company; and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

Tamara Williams, hereby give notice that the above captioned action is voluntarily dismissed

against the Defendant Twist Me Pretty LLC  and DOES 1 through 10, inclusive, with prejudice,

and with each side to bear their own

Dated: September 23, 2024                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
HIGBEE & ASSOCIATES
3110 W. Cheyenne Ave #200
North Las Vegas, NV 89032
Telephone: (714) 617-8349
Facsimile: (714) 597-6559
Email: mhigbee@higbee.law

NOTICE OF VOLUNTARY DISMISSAL